UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONALD MICHAEL, M.D., | ) | CASE NO.: 16-23334 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | ADVERSARY PROCEEDING: 17-02061 |
| _____ | ) | |
| RONALD MICHAEL, M.D., | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First United Bank, | ) | |
| Defendant. | ) | |

### **APPEARANCE**

Jason M. Torf, hereby appears on behalf of Defendant, FDIC as Receiver for First United Bank, and requests to be added to the electronic service matrix for all pleadings and documents filed in this case. My email address is: jtorf@hmblaw.com.

3752945/1/13664.005

Date: June 29, 2017

Respectfully submitted,

**FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First United Bank**

By: */s/ Jason M. Torf*
    One of Its Attorneys

Jason M. Torf (jtorf@hmblaw.com)
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that he caused a copy of the foregoing **APPEARANCE** to be filed electronically on the 29th day of June, 2017. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

*/s/ Jason M. Torf*